### Pennsylvania Vending Co. *v.* Auslander, Appellant.

Argued
November 16, 1967; reargument refused December 26, 1967. *John E. Kunz,* with him *J. I. Simon,* for appel-

lant; *Harvey E. Robins,* with him *Brennan and Brennan,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the judgment of the court below is affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.